## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:23-CR-82 (WLS-TQL) |
| TRAVIS DALE JOINER, | : |
| Defendant. | : |

### ORDER

Before the Court is Defendant's Unopposed Motion to Continue Trial (Doc. 22). Therein, Defense Counsel states she needs additional time to review discovery with Defendant and investigate related matters. (*Id.*) Thus, Defense Counsel requests that the Court continue the February 20, 2024 pretrial conference and the March trial term to the next Valdosta trial term. (*Id.*) Defense Counsel notes that the Government does not oppose this motion. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, for good cause shown, Defendant's Unopposed Motion (Doc. 22) is **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the Valdosta Division May 2024 trial term beginning on May 6, 2024, and its conclusion, or as may otherwise be ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 14th day of February, 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**