IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:23-CR-82 (WLS-TQL) |
| TRAVIS DALE JOINER, | : |
| Defendant. | : |

## ORDER

Before the Court is Defendant's Unopposed Motion to Continue Trial (Doc. 26). Therein, Defense Counsel explains that additional time is necessary because Defendant expressed his interest in a plea agreement, and the Government is preparing the plea agreement for Defendant and Defense Counsel's review. (*Id.*) Therefore, Defense Counsel requests that the Court continue the case to the next Valdosta trial term. (*Id.*) Defense Counsel also notes that the Government does not oppose this motion. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, for good cause shown, Defendant's Unopposed Motion (Doc. 22) is **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the Valdosta Division August 2024 trial term beginning on August 5, 2024, and its conclusion, or as may otherwise be ordered by the Court. Additionally, the May 2024 pretrial conference for the instant case is **CANCELED**.

1

2

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 19th day of March, 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**