# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CASE NO.: 7:23-CR-82 (WLS-TQL-1) |
| TRAVIS DALE JOINER, | : | |
| Defendant. | : | |

## ORDER

The Court intends to notice this case for the August 2024 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, May 24, 2024,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is <u>not ready</u> for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise, this case will be noticed for a pretrial conference.

**SO ORDERED**, this <u>16th</u> day of May, 2024.

                                                <u>/s/ W. Louis Sands</u>
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**